UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EUGENE HAMPTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE MICHAEL MULLEN, )<br>)<br>Defendant. ) | No. 4:21-cv-803-SRC |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file.  On August 30, 2021, mail that this Court sent to self-represented plaintiff Eugene Hampton was returned without a forwarding address, Doc. 8, and plaintiff has not notified the Court of any change in his address. According to the Local Rules of this Court, every self-represented party is required to promptly notify the Clerk of any change in his address or telephone number. E.D.Mo. L.R. 2.06(B). "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

 In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Court of a change of address. The Court therefore dismisses this action, without prejudice, pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g). A separate order of dismissal will be entered herewith.

Dated this 13th day of October, 2021.

_SL R. CL_
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE